UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES SCHUMACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:18-cv-04130-HLT-KGG |
| | ) |
| HARDWOODS SPECIALTY PRODUCTS, US, LP; PAXTON HARDWOODS, LLC; and TROY HIGGS, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Charles Schumacher and Defendants Hardwoods Specialty Products, US, LP, Paxton Hardwoods, LLC and Troy Higgs, by and through counsel of record, and hereby stipulate and agree that Plaintiff's cause of action against Defendants shall be dismissed with prejudice, each party bearing their own costs, attorneys fees, and expenses.

By /s/
Gregory S. Diehl, #26818
Ronald P. Pope
Thomas B. Diehl
RALSTON, POPE & DIEHL, LLC
2913 S.W. Maupin Lane
Topeka, KS 66614
(785) 273-8002
(785) 273-0744 (Fax)
greg@ralstonpope.com
ron@ralstonpope.com
tom@ralstonpope.com

**ATTORNEYS FOR PLAINTIFF**

1

By /s/ Kevin D. Weakley
Kevin D. Weakley     KS Bar #16558
Robyn M. Butler      KS Bar #16225
WALLACE SAUNDERS CHARTERED
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 FAX - (913) 888-1065
kweakley@wallacesaunders.com
rbutler@wallacesaunders.com

**ATTORNEYS FOR DEFENDANTS HARDWOOD SPECIALTY PRODUCTS, US, LP; PAXTON HARDWOODS, LLC; AND TROY HIGGS**

I hereby certify the above and foregoing was electronically filed with the Clerk of the Court via CM/ECF, which will send notice of electronic filing on this 26th day of November, 2019, to:

Gregory S. Diehl
Ronald P. Pope
Thomas B. Diehl
RALSTON, POPE & DIEHL, LLC
2913 S.W. Maupin Lane
Topeka, KS  66614
(785) 273-8002
(785) 273-0744 (Fax)
greg@ralstonpope.com
ron@ralstonpope.com
tom@ralstonpope.com

/s/ 
For the Firm

2

101799344.v1